FILED: December 9, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-4766
(3:07-cr-00077-FDW-1)
_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

MELVIN SALEE LYNCH

       Defendant - Appellant

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Western District of North Carolina at Charlotte |
| Originating Case Number | 3:07-cr-00077-FDW-1 |
| Date notice of appeal filed in originating court: | 12/08/2015 |
| Appellant (s) | Melvin Salee Lynch |
| Appellate Case Number | 15-4766 |
| Case Manager | Cathi Bennett<br>804-916-2702 |