IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Appellee, | ) | |
| | ) | Number: 15-4766 |
| v. | ) | DOCKET NO. 3:07-CR-77 FDW |
| | ) | |
| MELVIN SALEE LYNCH | ) | |
| Defendant / Appellant | ) | |
| | ) | |

**MOTION TO REFILE CORRECTED BRIEF AND JOINT APPENDIX**

**NOW COMES**, the Appellant, Melvin Salee Lynch, by and through the undersigned Court-appointed counsel, and hereby moves the court, to grant permission for undersigned counsel to refile a corrected brief and Joint Appendix.  In support of this motion, the Defendant would show the following:

1.      The Defendant's opening brief was filed on April 25, 2016;

2.      The undersigned counsel was unaware that two documents filed in the Joint Appendix were sealed documents, which should not be available to public viewing;

3.      The undersigned counsel received notice of these sealed documents on August 19, 2016; and needs additional time to re-file the Appendix, as well as time to revise the JA page references in the filed brief.

Respectfully submitted this the 22nd day of August, 2016.

s/ Peter C. Anderson
Peter C. Anderson
N.C. Bar No. 18861
Counsel for Appellant Lynch
Beveridge & Diamond PC
409 East Boulevard
Charlotte, N.C. 28203
Phone: (704)372-7370
panderson@bdlaw.com

CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of August, 2016, a copy of the foregoing, Motion to Refile

Corrected Brief and Joint Appendix was served via CM/ECF to all registered persons in this

cause, and appellant has received a copy of the Consent Motion via hand delivery:

_____ -s-_____

Peter C. Anderson